IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MATTHEW R. SCHUMACHER,

        Plaintiff,                          ORDER

     v.                                        08-cv-228-slc

MATTHEW FRANK, PHIL KINGSTON,
MIKE THURMER, DEBRA GEMPLER and
GARY ANKARLO,

        Defendants.

---

SHAUN MATZ,

        Plaintiff,

     v.                                        08-cv-491-slc

MATTHEW FRANK, PHIL KINGSTON,
MIKE THURMER, DAN WESTFIELD, DON
STRAHOTA, LT. GREFF, GARY ANKARLO and
GEORGE KAMMERER,

        Defendants.

---

      These cases, which were filed originally as a joint complaint in case no. 08-cv-228-slc, have been severed in accordance with Fed. R. Civ. P. 20. In both actions, plaintiffs contend that they have been subjected to conditions of confinement that exacerbate their mental illnesses and that the substantial risk that the will harm themselves seriously has been

disregarded. In an order entered on September 5, 2008, I stayed all proceedings in each case pending appointment of counsel.

Now, Gregory Everts and Elyce Wos, lawyers in the Madison office of Quarles and Brady, have agreed to represent plaintiffs, with the understanding that they will serve with no guarantee of compensation for their services. It is this court's intention that the appointment of Mr. Everts and Ms. Wos to represent plaintiffs extend to proceedings in this court only.[1]

Plaintiffs should be aware that because I am appointing counsel to represent them, they may not communicate directly with the court about matters pertaining to their cases. They must work directly with their lawyers and permit the lawyers to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form.

ORDER

IT IS ORDERED that

1. Gregory Everts and Elyse Wos are appointed to represent plaintiffs Matthew Schumacher and Shawn Matz in these cases.

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

2. The stay entered in these cases on September 5, 2008 is LIFTED.

3. The clerk of court is requested to schedule these cases for a preliminary pretrial conference as soon as the court's calendar permits.

Entered this 19th day of November, 2008.

                BY THE COURT:

                /s/

                STEPHEN L. CROCKER
                Magistrate Judge