IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MATTHEW R. SCHUMACHER,

                     Plaintiff,                    ORDER

   v.

                                                08-cv-228-slc

MATTHEW FRANK, MIKE THURMER,
PHIL KINGSTON, DEBRA GEMPELER
and GARY ANKARLO,

                     Defendants.

---

SHAUN MATZ,

                     Plaintiff,

   v.

                                                08-cv-491-slc

MATTHEW FRANK, PHIL KINGSTON,
MIKE THURMER, DAN WESTFIELD,
DON STRAHOTA, LT. GREFF, GARY
ANKARLO and GEORGE KAMMERER,

                   Defendants.

_____

      The Preliminary Pretrial Conference Order entered on January 29, 2009 is AMENDED to reflect a final pretrial conference date of March 11, **2010** at 4:00 p.m.  In all other respects the order remains as entered.

      Entered this 30th day of January, 2009.

                                              BY THE COURT:

                                              /s/

                                              STEPHEN L. CROCKER
                                              Magistrate Judge