# United States District Court, Western District of Wisconsin

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 491<br>09 C 653 | **DATE** | 7/21/2010 |
| **CASE TITLE** |  | Matz vs. Thurmer et al<br>Matz vs. Frank et al | |

**DOCKET ENTRY TEXT:**

Mediation session held. Counsel to notify this court of further progress in mediation.

*Philip G. Reinhard* (signature)

Electronic Notices.

7:00

| | Courtroom Deputy Initials: | JT |
|---|---|---|